# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

DAVID MAIDEN

MAGISTRATE JUDGE COLE

F I L E D

JUL - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CRIMINAL COMPLAINT

CASE NUMBER: 08 CR 528

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 5, 2008, in Chicago, in the Northern District of Illinois, defendant, by force and violence, and by intimidation, took from the person or in the presence of another, money belonging to or in the care, custody, control, management, or possession of, TCF Bank in Chicago, Illinois, the deposits of which were insured by the Federal Deposit Insurance Corporation,

in violation of Title 18, United States Code, Section 2113(a).

I further state that I am an FBI Special Agent and that this complaint is based on the following facts:

See Attached Affidavit.

Continued on the attached sheet and made a part hereof: __X__ Yes ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__July 7, 2008__ at __Chicago, Illinois__
Date                City and State

__Hon. Jeffrey Cole, U.S. Magistrate Judge__                    _____
Name & Title of Judicial Officer                                 Signature of Judicial Officer

STATE OF ILLINOIS        )
                         )SS
COUNTY OF COOK           )

## AFFIDAVIT

I, FBI Special Agent John Marsh being duly sworn on oath, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since September 2006. Prior to that time, I was a state trooper with the Mississippi State Highway Patrol for almost ten years. I have received training and have experience enforcing federal laws including bank robberies. This affidavit is made based on my own personal knowledge, information given to me by other law enforcement officers and other witnesses, my review of documents, and other information gathered during the course of the investigation. The information contained in this affidavit is provided for the purpose of establishing probable cause and does not contain all of the details known to me.

2. On July 5, 2008, at approximately 9:15 a.m., the TCF Bank at 1341 N. Paulina in Chicago, Illinois was robbed. The TCF Bank is located inside a Jewel Osco store. The robber approached the bank window and jumped the counter. Two victim tellers, one of whom was a supervisory teller, were standing at the bank counter. The supervisory victim teller described the robber as an African American male wearing a ski mask, gloves, and a black vest that looked like body armor. According to the supervisory victim teller, the robber had a gun that was larger than a pistol that was on a strap. The supervisory victim teller gave the following account. The robber threw a heavy duty canvas bag at one the supervisory victim teller and told her, "Give me all you got." The supervisory victim teller took all of the money from her drawer, including a dye pack, and put it in the canvas bag. The robbery also obtained money from the other victim teller's drawer.

1

The robber then ordered the two victim tellers to go back to the vault area, a separate room. Once inside the vault area, the robber ordered the victim tellers to open the vault. The supervisory victim teller told the robber that she needed to get something from the front area in order to open the vault. The robber then told the victim tellers that they were moving too slow and sprayed them with pepper spray. The robber then left the bank with the canvas bag containing the money from the victim tellers' drawers. The money taken by the robber was later determined to be approximately $6,041.

4. The Chicago Police Department received a 911 call from a citizen. The citizen told the 911 dispatcher that she observed an individual in the parking lot of the TCF bank wearing a mask and that she had observed a large puff of red smoke. The citizen told the 911 dispatcher that she was following the individual in his vehicle and provided the description and license plate number of the vehicle. The citizen further stated that the individual had gotten on the 90/94 expressway heading eastbound.

5. A short time later, Chicago Police Department officers observed a vehicle parked in the vicinity of 1170 West Erie matching the description and license plate number of the vehicle described in the 911 call. Officers began searching the area. During the search, officers located in a trash can near a school located across the street from the 1170 West Erie apartment building a canvas bag containing dye stained money, a bullet proof vest, a ski mask, and a loaded .45 caliber Uzi firearm with a black strap.

6. Officers were in the process of surrounding the 1170 West Erie apartment building when they observed an African American male, later determined to be DAVID MAIDEN, leave the area from the rear of the building. Officers approached MAIDEN and ordered him to stop. Officers then observed MAIDEN pull what appeared to be a blade and begin cutting his throat. Officers placed MAIDEN under arrest.

7. Law enforcement interviewed MAIDEN. They advised MAIDEN of his Miranda rights. MAIDEN waived them in writing. MAIDEN stated that he had robbed the TCF Bank earlier that day. Among other things, MAIDEN stated that he had an Uzi firearm with him when he robbed the bank and was wearing a bullet proof vest. MAIDEN further stated that he instructed the two tellers to give him the money from the teller drawers and that he then took them back to the vault, which he instructed them to open. MAIDEN said that he felt that it was taking the tellers too long to open the vault at which point he sprayed mace in the air and then left the bank with the money. He fled the area in his car and drove to the vicinity of 1170 West Erie where he used to live. MAIDEN identified his car as a white 1999 Kia bearing Illinois license plate 3363355. MAIDEN said that he took the bag with the money, the mask, and the gun, and put it in the garbage can near the school. MAIDEN said that he then went to the apartment of a particular individual who he knew. MAIDEN said that he heard sirens and looked out the window and saw police vehicles at which point he left through the back of the building. He was leaving the vicinity of the building when he heard the police order him to stop. MAIDEN claimed that he wanted the police to shoot him and when they did not, he began cutting his own throat. MAIDEN further claimed that he robbed the bank in an effort to have a police officer shoot him.

8. Law enforcement later recovered from the area where MAIDEN was arrested items including a holder that appeared to be designed to hold a can of mace, as well as a knife and a box cutter. Law enforcement observed that the vehicle described by MAIDEN and matching the description and license plate provided by the citizen in the 911 call found parked in the vicinity of 1170 West Erie had what appeared to be dye stains on the floorboards of the vehicle.

9. The TCF Bank at 1341 North Paulina in Chicago, Illinois, was insured by the FDIC at the time of the robbery.

FURTHER AFFIANT SAYETH NOT.

*[signature]*
John Marsh
FBI Special Agent

SUBSCRIBED AND SWORN TO BEFORE
ME THIS 7th DAY OF JULY, 2008:

*[signature]*
HON. JEFFREY COLE
UNITED STATES MAGISTRATE JUDGE

4