# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 528 - 1 | **DATE** | 7/7/2008 |
| **CASE TITLE** | United States of America vs. David Maiden | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Maiden appears in response to arrest. John F. Murphy is appointed as counsel for defendant. Defendant informed of his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel, his right to a preliminary hearing and of the charges against him and the maximum penalty. Bond hearing and preliminary examination hearing is set for Thursday, July 10, 2008 at 2:00 p.m. Defendant shall be detained until the bond hearing or until further order of court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|