# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: _____ VS. _____

FILED JUL X 7 2008
AT MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

PERSON REPRESENTED (Show your full name): **David Maiden**

- 1 ☐ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

LOCATION NUMBER: _____

DOCKET NUMBERS
Magistrate: **08CR528-1**
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box): ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 2800
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ 7644 SSI

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 15

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: $ 1000, 1999 Kia Sedta

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Ramen Loots Apts | $ | $ 745 |
| Visa | $ 400 | $ |
| Mastercard | $ 860 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 7/7/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): David Maiden Jr