# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 528 - 1 | **DATE** | 7/10/08 |
| **CASE TITLE** | United States of America vs. David Maiden | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Bond hearing waived. Preliminary examination hearing is set for July 16, 2008 at 10:00 a.m. Defendant shall remain in custody until further order of court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

Case 1:08-cr-00528     Document 6     Filed 07/10/2008     Page 1 of 1

08CR528 - 1 United States of America vs. David Maiden                                             Page 1 of 1