# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 528 - 1 | **DATE** | 7/14/2008 |
| **CASE TITLE** | USA vs. David Maiden | | |

**DOCKET ENTRY TEXT**

Minute order of 7/11/08 is corrected as follows: Detention hearing held and preliminary examination hearing waived.  Status hearing is set for Wednesday, July 16, 2008 at 10:00 a.m on detention issues.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|