## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 528 - 1 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. David Maiden | | |

**DOCKET ENTRY TEXT**

Status hearing held regarding detention and continued to July 23, 2008 at 10:45 a.m

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|