## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 528-1 | **DATE** | 7/23/2008 |
| **CASE TITLE** | United States of America vs. David Maiden | | |

**DOCKET ENTRY TEXT**

Status hearing held.  Bond shall stand.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

Case 1:08-cr-00528    Document 9    Filed 07/23/2008    Page 1 of 1

08CR528-1 United States of America vs. David Maiden                                                                                                                     Page 1 of 1