UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ) JUDGE DER-YEGHIAYAN
)
v. ) No. 08 CR 528
) Violations: Title 18, United States
DAVID MAIDEN ) Code, Section, 922(g)(1),
) 924(c)(1)(A), and 2113(a) and (d)
)

The SPECIAL JUNE 2007 GRAND JURY charges: MAGISTRATE JUDGE COLE

COUNT ONE

On or about July 5, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

DAVID MAIDEN,

defendant herein, by force and violence and by intimidation, did take from the person and presence of bank employees approximately $6041.23 in United States currency belonging to and in the care, custody, control, management, and possession of the TCF Bank, 1341 North Paulina, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing said offense,

DAVID MAIDEN,

defendant herein, did assault and put in jeopardy the lives of employees of TCF Bank by the use of a dangerous weapon, namely a firearm.

In violation of Title 18, United States Code, Sections 2113(a) and (d).

## COUNT TWO

The SPECIAL June 2007 GRAND JURY further charges:

On or about July 5, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

DAVID MAIDEN,

defendant herein, knowingly possessed a firearm and in furtherance thereof used, carried, and brandished the firearm during and in relation to the commission of a crime of violence for which he may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Sections 2113(a) and (d), as more fully set forth in Count One of this indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about July 5, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

DAVID MAIDEN,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, namely an IMI, .45 caliber Uzi, serial number 001516, in that the firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____

F O R E P E R S O N

_____

UNITED STATES ATTORNEY