**FILED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

J.N

JUL 3 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES **X** If the answer is "Yes", list the case number and title of the earliest filed complaint. 08 CR 528 U S v. David Maiden J Cole

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

NO **X** YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? NO **X** YES ☐ If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO **X** YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO **X** YES ☐

6) What level of offense is this indictment or information? **FELONY X** MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants? NO **X** YES ☐

8) Does this indictment or information include a conspiracy count? NO **X** YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .......... (II) | ☐ Income Tax Fraud ........ (II) | ☐ DAPCA Controlled Substances (III) |
| ☐ Criminal Antitrust ..... (II) | ☐ Postal Fraud .... ......... (II) | ☐ Miscellaneous General Offenses (IV) |
| **X** Bank robbery ... ....... **(II)** | ☐ Other Fraud.. ........... (III) | ☐ Immigration Laws .......... (IV) |
| ☐ Post Office Robbery..... (II) | ☐ Auto Theft .............. (IV) | ☐ Liquor, Internal Revenue Laws . (IV) |
| ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws .......... (IV) |
| ☐ Assault .............. (III) | ☐ Forgery ............... (III) | ☐ Motor Carrier Act .......... (IV) |
| ☐ Burglary ............ (IV) | ☐ Counterfeiting .. ......... (III) | ☐ Selective Service Act ........ (IV) |
| ☐ Larceny and Theft ...... (IV) | ☐ Sex Offenses ......... (II) | ☐ Obscene Mail ............ (III) |
| ☐ Postal Embezzlement. .... (IV) | ☐ DAPCA Marijuana ....... (III) | ☐ Other Federal Statutes ........ (III) |
| ☐ Other Embezzlement. .... (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 18, United States Code, Sections 922(g)(1), 924(c)(1)(A), and 2113(a) & (d)

JUDGE DER-YEGHIAYAN

08Cr528

CHRISTINA EGAN
Assistant United States Attorney
(312) 353-4095

MAGISTRATE JUDGE COLE

(Revised 12/99)