# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 528 | **DATE** | 8/7/2008 |
| **CASE TITLE** | USA vs. David Maiden | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant pleads not guilty to each charge of each count of the Indictment. Rule 16.1 conference to be held by 08/14/08. Pretrial motions to be filed by 08/21/08. Responses to the pretrial motions are to be filed by 08/28/08. Status hearing set for 09/04/08 at 9:30 a.m. In the interest of justice, the Government's oral motion to exclude time through and including 09/04/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. The defendant is to remain in custody until further order of the Court.

(X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|