UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                      Case No.: 1:08−cr−00528
                                        Honorable Samuel Der−Yeghiayan

David Maiden
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan as to David Maiden: Status hearing held and continued to 11/06/08 at 9:00 a.m. to set a possible new pretrial motion filing deadline. In the interest of justice, the Government's oral motion to exclude time through and including 11/06/08 is granted pursuant to 18 U.S.C. 3161(h)(8)(A)(B) without objection. Defendant to remain in custody until further order of the Court. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.